# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3213
_____

JOSHULA T. OLIVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

September 5, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and ROBERTS and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joshula T. Oliver, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.